#1085680                                                                    #0584-11639

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARWIN DUET** | **CIVIL ACTION NO: 2:13-CV-06786** |
| **VERSUS** | **SECTION "C"** |
| | **JUDGE HELEN G. BERRIGAN** |
| **REC MARINE LOGISTICS, L.L.C.** | **MAGISTRATE (1)** |
| | **MAGISTRATE JUDGE SALLY SHUSHAN** |

### WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine

Logistics, L.L.C., who submits its Witness and Exhibit List in accord with this Court's

Scheduling Order.

### WITNESS LIST

1.    Darwin Duet

2.    Aaron Rogers

3.    Wayne Bourg

4.    Jude Cantrelle

5.    Brian Barthelemy

6.    A representative(s) of REC Marine Logistics, LLC

7.    Any REC Marine employee who worked with plaintiff onboard the M/V CHRIS D following his alleged accident on March 7, 2012.

8.    A representative of Open MRI of Louisiana

9.    A representative of Morella Physical Therapy

10.   Dr. Robert Davis

11.   Dr. Jonathan Shults

12.   A representative of Occupational Medicine Services, LLC

13.   Dr. Wendy Gervais and/or a representative of Imaging Center of South Louisiana

14.   A representative of Physicians Medical Center

15.   Trevor Bardarson and/or a representative of ISR Physical Therapy

16.   Dr. Brett Casey and/or a representative of Houma Orthopedic Clinic

17.   A representative of Gulf Coast Surgical Center

18.   Dr. Gregor Hoffman and/or a representative of Southern Orthopedic Specialists

19.   A representative of Lake Charles Memorial Hospital

20.   A representative of Metairie Imaging

21.   A representative of Bourgeois Medical Clinic

22.   Any and all other physicians and/or health care professionals who have treated plaintiff in connection with the alleged injuries sustained and/or prior injuries.

23.   Nancy Favaloro and/or another vocational rehabilitation expert to be determined.

24.     Dr. Kenneth Boudreaux and/or another economist to be determined.

25.     A liability expert to be determined.

26.     Any witness listed or identified by any other party.

27.     Any expert(s) identified by any other party.

28.     Any witness needed to authenticate any document or evidence introduced at trial.

29.     Any witness needed for rebuttal or impeachment.

30.     Any witness identified through further discovery.

REC Marine Logistics, LLC reserves the right to supplement this Witness List as discovery proceeds.

## **<u>EXHIBIT LIST</u>**

1.      Any and all medical records of Darwin Duet, including, but not limited to, those from:

        a.      Open MRI of Louisiana

        b.      Morella Physical Therapy

        c.      Dr. Robert Davis

        d.      Dr. Jonathan Shults

        e.      Occupational Medicine Services, LLC

        f.      Dr. Wendy Gervais and/or Imaging Center of South Louisiana

        g.      Physicians Medical Center

      h.      Dr. Brett Casey and/or Houma Orthopedic Clinic

      i.      Gulf Coast Surgical Center

      j.      Dr. Gregor Hoffman and/or Southern Orthopedic Specialists

      k.      Lake Charles Memorial Hospital

      l.      Metairie Imaging

      m.      Bourgeois Medical Clinic

2.      Functional Capacity Evaluation from ISR Physical Therapy and/or Trevor Bardarson.

3.      Any and all pharmacy records of plaintiff, including, but not limited to, those from:

      a.      Walgreens

      b.      Walmart

4.      Plaintiff's personnel file with REC Marine.

5.      Alleged Personal Incident Report dated May 1, 2012.

6.      Incident Report dated March 7, 2012.

7.      Maintenance and cure payments paid to or on behalf of plaintiff.

8.      Records of plaintiff's criminal conviction in approximately 2013.

9.      Surveillance of plaintiff.

10.      Vessel logs of the M/V CHRIS D from March of 2012.

11.     Any photographs of the M/V CHRIS D or of the scene of plaintiff's alleged accident.

12.     REC Marine's Safety & Environmental Management System Manual.

13.     Any and all records pertaining to plaintiff's accident in approximately 2006 while employed by North Bank Towing.

14.     Any and all records pertaining to plaintiff's accident in approximately 2001 while employed by Cheramie Botruc.

15.     Any and all tax returns and/or other financial records pertaining to plaintiff's company, I-Refurbish, LLC.

16.     Plaintiff's individual IRS records.

17.     Plaintiff's Social Security Earnings Records and other records from the Social Security Administration.

18.     Plaintiff's payroll and earning records from REC Marine.

19.     Employment records from plaintiff's prior employers.

20.     All Answers to Interrogatories and Responses to Requests for Production of Documents produced by any party, along with attachments and/or exhibits.

21.     Any depositions, including any and all exhibits to depositions taken in connection with this matter.

22.     Any and all exhibits necessary for rebuttal, impeachment, or authentication purposes.

23.     Any and all exhibits listed or sought to be introduced by any other party to this litigation.

24.     Any exhibit which is identified through further discovery.

REC Marine Logistics, LLC reserves the right to supplement this Exhibit List as discovery proceeds.

Respectfully submitted,

/s/ *Salvador J. Pusateri*
SALVADOR J. PUSATERI, T.A. (#21036)
KYLE A. KHOURY (#33216)
PUSATERI, BARRIOS, GUILLOT & GREENBAUM
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Kyle.Khoury@pbgglaw.com
Attorneys for REC Marine Logistics, LLC,

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 16th day of October, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

               */s/ Salvador J. Pusateri*